**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Richard Astbury <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 25-13153 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
27 Aug 2025, 12:30:46, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a627884645afeb0fc71462735ca752f436ad0d898ba99bfc964a9839f889fb0c