*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   James Richard Astbury ) | Case No. 25–13153–djb |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 08/7/2025, this case is hereby DISMISSED.

**Date: September 12, 2025**
_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2 Due 8/21/25
Plan Due 8/21/25
Schedules A/B Due 8/21/25
Schedules C Due 8/21/25
Schedules D Due 8/21/25
Schedules E/F Due 8/21/25
Schedules G Due 8/21/25
Schedules H Due 8/21/25
Schedules I Due 8/21/25
Schedules J Due 8/21/25
Statement of Current Monthly Income (122C1) Due 8/21/25
Statement of Financial Affairs Due 8/21/25
Summary of Assets and Liabilities Due 8/21/25