# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: James Richard Astbury　　　　　　　: Chapter 13
　　　　　Debtor　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　: Case No: 25-13153-djb

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the debtor in the above-captioned case.

Date: September 16, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John M. Kenney, Esquire
　　　　　　　　　　　　　　　　　　　　　308 N. Oxford Valley Road
　　　　　　　　　　　　　　　　　　　　　Fairless Hills, PA 19030
　　　　　　　　　　　　　　　　　　　　　(215) 547-3031