IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| James Richard Astbury | : | No. 25-13153-djb |
| Debtor | : | |
| _____ | | |
| James Richard Astbury | : | Hearing Date: October 16, 2025 |
| Movant | : | Hearing Time: 11:00 A.M. |
| | : | |
| and | : | US Bankruptcy Court |
| | : | Robert Nix Building |
| Kenneth E. West | : | 900 Market Street, 2nd Floor |
| Trustee | : | Philadelphia, PA  19107 |
| | : | Courtroom #2 |

**CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtor, James Richard Astbury, hereby certifies that as of this 13th day of October, 2025, there has been no response or answer regarding the Motion To Reconsider Dismissing Case dated and served September 16, 2025.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Derek J. Baker as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.


Date: October 13, 2025              s/ John M. Kenney_____
                                    **John M. Kenney, Esquire**
                                    308 N. Oxford Valley Road
                                    Fairless Hills, PA  19030
                                    (215)547-3031