# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| James Richard Astbury | : | No. 25-13153-djb |
| Debtor | : | |

## ORDER

**AND NOW** this 15th day of October, 2025, it is ORDERED that the Order of September 12, 2025 dismissing the case is vacated, and the case is hereby reinstated.

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE