**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| James Richard Astbury | : | |
| Debtor | : | BANKRUPTCY NO. 25-13153DJB |

**PRAECIPE TO WITHDRAW CHAPTER 13 TRUSTEE'S**
**FINAL REPORT DATED SEPTEMBER 22, 2025**

    Please withdraw Chapter 13 Trustee's Final Report dated September 22, 2025 (Docket No 23)

Respectfully submitted,

/s/ KENNETH E. WEST

10/17/25

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 North Independence Mall West
Suite 700
Philadelphia, PA  19106
Phone: 215-627-1377