# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| **JAMES RICHARD ASTBURY,** ) | **CASE NO.: 25-13153-DJB** |
| ) | **CHAPTER 13** |
| **DEBTOR.** ) | **JUDGE DEREK J BAKER** |
| ) | |
| **TOWD POINT MASTER FUNDING TRUST** ) | |
| **2022-OM1, U.S. BANK NATIONAL** ) | |
| **ASSOCIATION, AS TRUSTEE,** ) | |
| ) | |
| **CREDITOR.** ) | |
| ) | |
| **JAMES RICHARD ASTBURY, DEBTOR,** ) | |
| **AND KENNETH E. WEST, TRUSTEE,** ) | |
| ) | |
| **RESPONDENTS.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Towd Point Master Funding Trust 2022-OM1, U.S. Bank National Association, as Trustee, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 30th day of October 2025

    Respectfully submitted,

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    Josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 30th day of October 2025.

*VIA U.S. MAIL*

*DEBTOR*
JAMES RICHARD ASTBURY
73 ORANGEWOOD DRIVE
LEVITTOWN, PA 19057

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
JOHN M. KENNEY
JOHN M. KENNEY P.C.
308 NORTH OXFORD VALLEY ROAD
FAIRLESS HILLS, PA 19030

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*