# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| James Richard Astbury | : |
| | : BANKRUPTCY NO. : 25-13153-DJB |
| Debtor (s) | |

## PRAECIPE

Kindly re-list the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) Chapter 13 Plan on 12/11/2025 at 9:30 AM. before the Hon. Derek J. Baker.

Respectfully submitted,

Date: November 7, 2025

/s/LeeAne O. Huggins, Esquire for
Kenneth E. West, Esquire Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106