*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Richard Astbury
    Debtor(s)

Case No: 25–13153–djb

Chapter: 13

___

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Court,

    on: 12/11/25

    at: 09:30 AM

    in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: November 10, 2025

    For The Court

    Mohung Wong
    Clerk of Court