United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13153-djb
James Richard Astbury  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Nov 10, 2025  Form ID: 160  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Richard Astbury, 73 Orangewood Drive, Levittown, PA 19057-3829 |
| 15037902 | + | PENNYMAC LOAN SERVICES, C/O POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15037327 | | Pennymac, P.O. Box 541387, Los Angeles CA 90051 |
| 15067288 | + | Towd Point Master Funding Trust 2022-OM1, U.S. Ban, c/o Joshua Goldman, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15050993 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 11 2025 00:36:10 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15038806 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2025 00:25:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15050994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 11 2025 00:25:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15040003 | | Email/Text: mrdiscen@discover.com | Nov 11 2025 00:25:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15050995 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 11 2025 00:36:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15050996 | | Email/Text: mrdiscen@discover.com | Nov 11 2025 00:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15050997 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 11 2025 00:25:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15045486 | + | Email/Text: RASEBN@raslg.com | Nov 11 2025 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15038493 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2025 00:25:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15042621 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 11 2025 00:24:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15057185 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 11 2025 00:25:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15037521 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 11 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15065860 | + | Email/PDF: ebnotices@pnmac.com | Nov 11 2025 00:36:26 | PennyMac Loan Services, LLC, PO Box 2410, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 160 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Moorpark, CA 93020-2410 |
| 15050998 | + Email/PDF: ebnotices@pnmac.com | Nov 11 2025 00:35:51 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15043916 | ^ MEBN | Nov 11 2025 00:19:20 | Pennymac Loan Services, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15051000 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:36:10 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15050999 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 11 2025 00:25:39 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15051001 | + Email/Text: bncmail@w-legal.com | Nov 11 2025 00:25:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15057089 | + Email/PDF: ebn_ais@aisinfo.com | Nov 11 2025 00:24:58 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15051002 | + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Nov 11 2025 00:25:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

**Name**          **Email Address**

JILL MANUEL-COUGHLIN
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

JOHN M. KENNEY
on behalf of Debtor James Richard Astbury jken330@comcast.net  Kathy@jkenneylaw.com

JOSHUA I. GOLDMAN
on behalf of Creditor Towd Point Master Funding Trust 2022-OM1  U.S. Bank National Association, as Trustee Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KARINA VELTER
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2025 | Form ID: 160 | Total Noticed: 24 |

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Richard Astbury
    Debtor(s)                                         Case No: 25−13153−djb
                                                                   Chapter: 13

_____

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Court,

      on: 12/11/25

      at: 09:30 AM

      in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: November 10, 2025                                                                      For The Court

                                                                                                    Mohung Wong
                                                                                                       Clerk of Court