IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   James Richard Astbury | :  Case No. 25-13153 DJB |
| Debtor | :  Chapter 13 |
| _____ | : |
| | : |
| PENNYMAC LOAN SERVICES. LLC | :  Hearing Date: January 8, 2026 |
| Movant | :  Hearing Time: 11:00 a.m |
| v. | : |
| | :  US Bankruptcy Court |
| James Richard Astbury | :  900 Market Street, Suite 400 |
| | :  Robert Nix Building |
| and | :  Philadelphia, PA 19107 |
| Kenneth E. West, Trustee | :  Court Rm #2 |
| Respondents | : |
| _____ | : |

**RESPONSE OF DEBTOR TO
MOTION OF PENNYMAC LOAN SERVICES, LLC FOR RELIEF FROM AUTOMATIC STAY AS TO PROPERTY LOCATED AT 73 ORANGEWOOD DR, LEVITTOWN, PA 19057**

Debtor, James Richard Astbury, by his attorney John M. Kenney, hereby responds to the Motion of Pennymac Loan Services, LLC for Relief from the Automatic Stay, and responds accordingly as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor can neither confirm nor deny the allegations contained in Paragraph 7 and same are denied as such.

8. Denied. Debtor can neither confirm nor deny the allegations contained in Paragraph 8 and same are denied as such.

9. Denied. It is denied that the outstanding obligations the amount alleged. By way of further answer, the Debtor will cure all outstanding payments, if any.

      10. Denied. It is denied that Debtor has missed post-petition payments as alleged during the referenced period but will cure any outstanding payments, if any.

      11. Denied. It is denied that the post-petition arrearage/delinquency is the amount alleged in Paragraph 11 but Debtor will cure any outstanding payments, if any.

      12. Admitted.

      13. Denied. It is denied that any cause exists for relief from the automatic stay.

      **WHEREFORE,** Debtor, James Richard Astbury, hereby prays this court would deny and dismiss the Motion.

Date: November 25, 2025                                            /s/ John M. Kenney
                                                                                            JOHN M. KENNEY, ESQUIRE
                                                                                            308 N. Oxford Valley Road
                                                                                            Fairless Hills, PA  19030
                                                                                            (215) 547-3031