United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 25-13153-djb
James Richard Astbury                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Richard Astbury, 73 Orangewood Drive, Levittown, PA 19057-3829 |
| 15037902 | + | PENNYMAC LOAN SERVICES, C/O POWERS KIRN, LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15037327 | | Pennymac, P.O. Box 541387, Los Angeles CA 90051 |
| 15067288 | + | Towd Point Master Funding Trust 2022-OM1, U.S. Ban, c/o Joshua Goldman, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15050993 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 30 2026 00:55:53 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15038806 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 00:37:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15050994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:42:37 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15040003 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:37:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15050995 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:42:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15050996 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15050997 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 30 2026 00:37:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15045486 | + | Email/Text: RASEBN@raslg.com | Jan 30 2026 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15038493 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:55:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15042621 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2026 00:42:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15057185 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 30 2026 00:37:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15037521 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15065860 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2026 00:55:46 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 15050998 | + | Email/PDF: ebnotices@pnmac.com | Jan 30 2026 00:55:56 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15043916 | ^ | MEBN | Jan 30 2026 00:35:33 | Pennymac Loan Services, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15051000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:36 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15050999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2026 00:42:24 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15051001 | + | Email/Text: bncmail@w-legal.com | Jan 30 2026 00:37:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15083237 | | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2026 00:37:00 | Towd Point Master Funding Trust 2022-OM1,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15057089 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2026 00:42:27 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15051002 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jan 30 2026 00:37:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |

Case 25-13153-djb    Doc 46    Filed 01/31/26    Entered 02/01/26 00:36:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 26 |

| | |
|---|---|
| JOHN M. KENNEY | on behalf of Debtor James Richard Astbury jken330@comcast.net Kathy@jkenneylaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Towd Point Master Funding Trust 2022-OM1 U.S. Bank National Association, as Trustee Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KARINA VELTER | on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JAMES RICHARD ASTBURY | Bankruptcy No. 25-13153-DJB |
| Debtor | |

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: January 29, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge